No. 870, Misc. BUNTER *v.* UNITED STATES. C. A. D. C. Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 573, October Term, 1968. NATIONAL LABOR RELATIONS BOARD *v.* GISSEL PACKING CO., INC., ET AL., 395 U. S. 575. Motions of respondents Gissel Packing Co., Inc., and Heck's Inc. to reassess costs in this case denied. Motion of respondents General Steel Products, Inc., and Crown Flex of North Carolina, Inc., to reassess costs in this case granted and no costs are assessed against those respondents. Gissel Packing Co., Inc., is assessed costs of $2,705.24 and Heck's Inc. is assessed costs of $1,981.06. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. *Lewis P. Hamlin, Jr.,* for General Steel Products, Inc., et al., *John E. Jenkins, Jr.,* for Gissel Packing Co., Inc., and *Fred F. Holroyd* for Heck's Inc. on the motions. *Solicitor General Griswold* in opposition.

No. 1279, October Term, 1968. UNITED STATES *v.* IDEAL BASIC INDUSTRIES, INC., 395 U. S. 936. Respondent is requested to file a response to petition for rehearing within 30 days. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the entry of this order.

No. ——. LEVY *v.* PARKER, WARDEN, ET AL. Application for bail granted by MR. JUSTICE DOUGLAS pending action by this Court is continued pending disposition of case by the United States District Court for the Middle District of Pennsylvania. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.